UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
OCTOBER 13, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>JOSEPH ANDRADE,<br><br>        Defendant. | Case No. MAG. 11-0319-KJN<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JOSEPH ANDRADE, Case No. MAG. 11-0319-KJN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $ 75,000

_X_ Co-Signed Unsecured Appearance Bond

\_\_\_ Secured Appearance Bond

_X_ (Other) Conditions as stated on the record.

\_\_\_ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 10/13/2011 at 2:30 pm

By /s/ Gregory G. Hollows
GREGORY G. HOLLOWS
United States Magistrate Judge