JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSEPH ANDRADE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH ANDRADE and<br>JONATHAN SHERMAN,<br><br>    Defendants. | No. CR-S-11-454 GEB<br><br>STIPULATION AND<br>[PROPOSED ORDER] CONTINUING<br>STATUS CONFERENCE<br><br>Date:  September 7, 2012<br>Time:  9:00 a.m.<br>Judge:  Honorable Garland E. Burrell, Jr. |

     IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jill M. Thomas, Assistant United States Attorney, together with counsel for defendant Jonathan Sherman, Shari Rusk, Esq., and counsel for defendant Joseph Andrade, John R. Manning, Esq., that the status conference presently set for July 6, 2012, be **continued to September 7, 2012, at 9:00 a.m.,** thus **vacating** the presently set status conference.

     Further, all of the parties, the United States of America and the defendants as stated above, hereby agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time under the Speedy Trial Act should therefore be excluded under Title 18, United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv) and Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties stipulation, July 5 2012, to and including September 7,

2012.  Currently the discovery in this case includes 2,962 pages, 14 video DVDs, and 1 audio CD.  The defense requests more time to review the discovery and conduct investigation.

IT IS SO STIPULATED.

Dated: July 5, 2012                                            /s/  Shari Rusk
                                             SHARI RUSK
                                             Attorney for Defendant
                                             Jonathan Sherman

Dated: July 5, 2012                                            /s/  John R. Manning
                                             JOHN R. MANNING
                                             Attorney for Defendant
                                             Joseph Andrade

Dated: July 5, 2012                                            Benjamin B. Wagner
                                             United States Attorney

                              by:    /s/ Jill M. Thomas
                                             JILL M. THOMAS
                                             Assistant U.S. Attorney

**ORDER**

  The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

  The Court orders that the time from the date of the parties' stipulation, July 5, 2012, to and including September 7, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T4 (reasonable time for defense counsel to

prepare).  It is further ordered that the July 6, 2012, status conference shall be continued until September 7, 2012, at 9:00 a.m.

IT IS SO ORDERED.

**Date:  7/5/2012**

GARLAND E. BURRELL, JR.
United States District Judge