JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSEPH ANDRADE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-11-454-GEB |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| JOSEPH ANDRADE, | Date:  March 1, 2013 |
| | Time:  9:00 a.m. |
| Defendant. | Judge:  Honorable Garland E. Burrell, Jr. |

_____

The United States of America through its undersigned counsel, Jill Thomas, Assistant United States Attorney, together with counsel for defendant Joseph Andrade, John R. Manning, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on January 25, 2013.

2. By this stipulation, the defendant now moves to continue the status conference until March 1, 2013 and to exclude time between January 25, 2013 and March 1, 2013 under the Local CodeT-4 (to allow defense counsel time to prepare).

3.  The parties agree and stipulate, and request the Court find the following:

a.  Counsel for the defendant needs additional time to review the discovery and conduct investigation.

b.  Currently the discovery in this case includes 2,962 pages, 14 video DVDs, and 1 audio CD.

c.  Counsel for Mr. Andrade and the Government are actively discussing resolution and the specific language of the plea agreement.  Additional time is necessary in order to convey to Mr. Andrade the terms of any proposed plea agreement.

d.  Counsel for the defendant believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e.  The Government does not object to the continuance.

f.  Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act.

g.  For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of January 25, 2013 to March 1, 2013, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated: January 24, 2013                                    /s/  John R. Manning
                                                           JOHN R. MANNING
                                                           Attorney for Defendant
                                                           Joseph Andrade


Dated: January 24, 2013                                    Benjamin B. Wagner
                                                           United States Attorney

                                              by:    /s/  Jill Thomas
                                                           JILL THOMAS
                                                           Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.

**Date:  1/24/2013**


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge