JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSEPH ANDRADE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-11-454-GEB |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] |
| | ) ORDER CONTINUING JUDGMENT |
| v. | ) SENTENCING |
| | ) |
| JOSEPH ANDRADE, | ) Date:   January 10, 2014 |
| | ) Time:   9:00 a.m. |
| | ) Judge:  Honorable Garland E. Burrell, Jr. |
| Defendant. | ) |
| | ) |
| | ) |

_____

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for December 13, 2013.
   Counsel for the parties request the date for judgment and sentencing be continued to
   January 10, 2014, at 9:00 a.m.  Counsel for Mr. Andrade needs additional time to
   respond to information anticipated in the presentence report.  Additionally, due to
   scheduling issues the probation interview with Mr. Andrade will not take place until
   October 30, 2013.  As a result probation will need time to draft their report and
   defense will need additional time to respond. Assistant U.S. Attorney Jill Thomas and
   USPO Scott Storey have been advised of this request and have no objection.  The
   parties requests the Court adopt the following schedule pertaining to the presentence
   report:

   **Judgment and Sentencing date:**                              **1/10/14**

Reply, or Statement of Non-Opposition:                    1/3/14

Motion for Correction of the Presentence Report
Shall be filed with the Court and served on the
Probation Officer and opposing counsel no later than:     12/27/13

The Presentence Report shall be filed with the Court
And disclosed to counsel no later than:                   12/20/13

Counsel's written objections to the Presentence Report
Shall be delivered to the probation officer and opposing
Counsel no later than:                                    12/13/13

The proposed Presentence Report shall be disclosed to
Counsel no later than:                                    12/2/13

IT IS SO STIPULATED.


Dated: October 23, 2013                    /s/  John R. Manning
                                           JOHN R. MANNING
                                           Attorney for Defendant
                                           Joseph Andrade


Dated: October 12, 2013                    Benjamin B. Wagner
                                           United States Attorney

                                   by:     /s/ Jill Thomas
                                           JILL THOMAS
                                           Assistant U.S. Attorney

                                 **ORDER**

        IT IS SO FOUND AND ORDERED .

Dated:  November 26, 2013




_____
GARLAND E. BURRELL, JR.
Senior United States District Judge