JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSEPH ANDRADE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH ANDRADE,<br><br>    Defendant. | No. CR-S-11-454-GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT SENTENCING<br><br>Date:   February 14, 2014<br>Time:   9:00 a.m.<br>Judge:  Honorable Garland E. Burrell, Jr. |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for January 31, 2014. Counsel for the parties request the date for judgment and sentencing be continued to February 14, 2014, at 9:00 a.m. Counsel for Mr. Andrade needs additional time to respond to information in the presentence report. Assistant U.S. Attorney Jill Thomas and USPO Scott Storey have been advised of this request and have no objection. The parties requests the Court adopt the following schedule pertaining to the presentence report:

   **Judgment and Sentencing date:**                                         **2/14/14**

   Reply, or Statement of Non-Opposition:                                    2/7/14

   Motion for Correction of the Presentence Report
   Shall be filed with the Court and served on the

1

|   |   |
|---|---|
| Probation Officer and opposing counsel no later than: | 1/31/14 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 1/24/14 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 1/17/14 |

IT IS SO STIPULATED.


Dated: January 6, 2014            /s/  John R. Manning
                                  JOHN R. MANNING
                                  Attorney for Defendant
                                  Joseph Andrade


Dated: January 6, 2014            Benjamin B. Wagner
                                  United States Attorney

                         by:      /s/ JIll Thomas
                                  JILL THOMAS
                                  Assistant U.S. Attorney

**ORDER**

    IT IS SO FOUND AND ORDERED.

Dated: January 6, 2014


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge