JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSEPH ANDRADE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH ANDRADE,<br><br>Defendant. | No. CR-S-11-454-GEB<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING JUDGMENT<br>SENTENCING<br><br>Date:  March 28, 2014<br>Time:  9:00 a.m.<br>Judge: Honorable Garland E. Burrell, Jr. |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for February 14, 2014. Counsel for the parties request the date for judgment and sentencing be continued to March 28, 2014, at 9:00 a.m.  Counsel for Mr. Andrade needs additional time to respond to information in the presentence report.  Assistant U.S. Attorney Jill Thomas and USPO Scott Storey have been advised of this request and have no objection.  The parties requests the Court adopt the following schedule pertaining to the presentence report:

**Judgment and Sentencing date:**                                3/28/14

Reply, or Statement of Non-Opposition:                          3/21/14

Motion for Correction of the Presentence Report
Shall be filed with the Court and served on the

1

| | |
|---|---|
| Probation Officer and opposing counsel no later than: | 3/14/14 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 3/7/14 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 2/28/14 |

IT IS SO STIPULATED.

Dated: January 28, 2014            /s/  John R. Manning
                                   JOHN R. MANNING
                                   Attorney for Defendant
                                   Joseph Andrade

Dated: January 29, 2014            Benjamin B. Wagner
                                   United States Attorney

                            by:    /s/  Jill Thomas
                                   JILL THOMAS
                                   Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: January 29, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2