JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSEPH ANDRADE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>JOSEPH ANDRADE,<br><br>            Defendant. | No. CR-S-11-454-GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT SENTENCING<br><br>Date:   April 4, 2014<br>Time:  9:00 a.m.<br>Judge: Honorable Garland E. Burrell, Jr. |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for March 28, 2014.  Counsel for the parties request the date for judgment and sentencing be continued to April 4, 2014, at 9:00 a.m.  Counsel for Mr. Andrade needs additional time to respond to information in the presentence report.  Assistant U.S. Attorney Jill Thomas and USPO Scott Storey have been advised of this request and have no objection.  The parties requests the Court adopt the following schedule pertaining to the presentence report:

   **Judgment and Sentencing date:**                                   **4/4/14**

   Reply, or Statement of Non-Opposition:                     3/28/14

   Motion for Correction of the Presentence Report
   Shall be filed with the Court and served on the

1

| | |
|---|---|
| Probation Officer and opposing counsel no later than: | 3/21/14 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | n/a |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | n/a |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | n/a |

IT IS SO STIPULATED.

Dated: March 12, 2014                  /s/  John R. Manning
                                       JOHN R. MANNING
                                       Attorney for Defendant
                                       Joseph Andrade

Dated: March 12, 2014                  Benjamin B. Wagner
                                       United States Attorney

                                 by:   /s/  Jill Thomas
                                       JILL THOMAS
                                       Assistant U.S. Attorney

**ORDER**

   IT IS SO FOUND AND ORDERED.

Dated:  March 13, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2